160

**Troy Lamont MURPHY, Plaintiff—Appellant,**

v.

**Louise W. FLANAGAN, Defendant—Appellee.**

No. 07–6658.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2007.

Decided: July 25, 2007.

Troy Lamont Murphy, Appellant Pro Se.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy Lamont Murphy appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Murphy v. Flanagan,* No. 5:07–ct–3017–BO (E.D.N.C. Apr. 10, 2007). We dispense

with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*